# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE DOUGLAS E. SMITH,
EIGHTH JUDICIAL DISTRICT COURT,
DEPARTMENT 8, COUNTY OF CLARK,
STATE OF NEVADA,

No. 76514

FILED

OCT 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on July 27, 2018, with the filing of a certified copy of the Stipulation and Order of Consent to Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____Douglas_____, C.J.

cc:    Pitaro & Fumo, Chtd.
       Nevada Commission on Judicial Discipline
       Sinai Schroeder Mooney Boetsch Bradley & Pace

SUPREME COURT
OF
NEVADA


(O) 1947A

18-39667